EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Comité Asesor Permanente<br>de Reglas de Procedimiento Criminal | 2005 TSPR 155<br><br>165 DPR _____ |

Número del Caso: EN-2005-8

Fecha: 26 octubre de 2005

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Comité Asesor Permanente                    Designación de
de Reglas de Procedimiento Criminal          nuevo miembro

RESOLUCIÓN

San Juan, Puerto Rico, a 26 de octubre de 2005.

El pasado 8 de octubre de 2005 este Tribunal emitió la Resolución Núm. EC-2005-2, mediante la cual reactivó el Comité Asesor Permanente de Reglas de Procedimiento Criminal, adscrito al Secretariado de la Conferencia Judicial, con la encomienda de evaluar las Reglas de Procedimiento Criminal a la luz de la Ley de la Judicatura de Puerto Rico, Ley 201 de 22 de agosto de 2003, según enmendada.

Con el propósito de ampliar la composición de dicho Comité, se designa al Hon. Hiram Sánchez Martínez como miembro adicional.

Esta designación tendrá efectividad inmediata.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo